# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Valdi Licul**
vlicul@wigdorlaw.com

September 17, 2021

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

   Re: McKenna v. Santander Investment Securities, Inc., *et al.*; Case No.: 21-cv-00941(VSB)

Dear Judge Cote:

We write jointly with Defendants Santander Investment Securities, Inc., Santander Holdings, USA, Inc. and Omar Kariuki in response to the Court's Order dated September 14, 2021. We respectfully request that the conference scheduled for September 23, 2021 be adjourned to October 20, 2021 or such other date as the Court sees fit. There have been no other requests for adjournment in this matter. The request is due to a deposition scheduled in another case for plaintiff's counsel.

The parties are currently engaged in discovery, with initial documents due to be exchanged on September 28, 2021; fact discovery set to conclude on December 3, 2021; and all discovery set to conclude on December 14, 2021.

Respectfully submitted,

Valdi Licul

Cc: Mitch Boyarsky, Esq. (*via* ECF)
   Ariel Roberson, Esq. (*via* ECF)
   Nicole Phe, Esq. (*via* ECF)

---

Granted. The conference scheduled for September 23, 2021 is adjourned to October 20, 2021 at 3:00 p.m.

Dated: September 20, 2021

_____
DENISE COTE
United States District Judge