```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
ERIN MCKENNA,                          :
                                       :
                    Plaintiff,         :
                                       :        21cv941(DLC)
        -v-                            :
                                       :           ORDER
SANTANDER INVESTMENT SECURITIES, INC,  :
et al.,                                :
                                       :
                    Defendants.        :
-------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the final pretrial conference scheduled for May 11 is adjourned <u>sine</u> <u>die</u>.

Dated:    New York, New York
           March 9, 2022

                                                    /s/ Denise Cote
                                                    DENISE COTE
                                      United States District Judge