# Exhibit 45

**Performance Appraisal for 2010**

**Erin Jennings Associate Fixed Income, Institutional Sales**

## Overall assessment:

| Financial Targets and KPIs | 5 |
|---|---|

- Revenues 2 % ahead of budget
- Overall market share: 8.6% (8-10%)
- Provincial bond market share: 14.6% (12-14%)
- Corporate bonds penetration: 77.4% (60%)
- Provincial new issue participation: 12.8% (12-14%)
- Revenue/FTE: 1,883 (1,660)
- 1C1B survey: 8.1 (>7.9)
- External voluntary turnover: 0% (<5%)

- xx

### Action Plan

### Objectives for the year

For each objectives determine if:
*Not Met, In progress, Achieved, Exceeded*
N/A

### Objectives for next year

Achieving Financial Targets: Generate revenue producing trades

Managing the Business: Develop customer base / get current with NBCF strategy / Learn credits

Leadership: Demonstrate independence in developing business / take initiative for generating ideas

Cooperation: Contribute to team effort and morale

### Leadership & Cooperation

- N/A

### Grading Scale

6 – **Outstanding.** Greatly exceeded expectations.

5 – **Very Good.** Met or exceeded expectations.

4 – **Good.** Met and in some cases exceeded expectations.

3 – **Disappointing.** Failed to meet expectations.

2 – **Poor.** Significantly below expectations.

1 – **Unacceptable.**



NATIONAL BANK
FINANCIAL GROUP

CONFIDENTIAL

DEFENDANTS028503

**NATIONAL BANK FINANCIAL MARKETS**

# Performance Appraisal 2011

**Name: Erin Jennings**

**Overall assessment: 4**

## Financial Targets and KPIs — 5

- Revenues: -3.0% (+10.5%)
- Overall market share: 8.8% (9-11%)
- Provincial bond market share: 10.7% (13-14%)
- Corporate bonds penetration: 66.2% (65%)
- Provincial new issue participation: 14.9% (12-14%)
- Revenue/FTE: 1,522K ($1,818k)
- External voluntary turnover: 2.5% (<3%)

## Action Plan 2012

- Deeper credit fundamentals
- Idea generation
- Build customer base
- Aggressive marketing/entertainment

## Action Plan 2011 — n/a

*For each objectives determine if: Not met, in progress, achieved, exceeded*

## Objectives for 2012

Achieving Financial Targets: Generate trades and inquiries

Managing the Business: Learn credits / Develop customer base

Leadership: Greater independent development

Cooperation: Continue to be a team player

## Objectives 2011 — 4

Achieving Financial Targets: Generate revenue producing trades: In progress

Managing the Business: Develop customer base / get current with NBCF strategy / Learn credits: In progress

Leadership: Demonstrate independence in developing business / take initiative for generating ideas: In progress

Cooperation: Contribute to team effort and morale: Achieved

## Approvals and Signatures

Employee: [signature]   Date: 12/15/11

Manager: [signature]   Date: 12/15/11

Code of professional Conduct: I acknowledge that I have read the Bank's Code of Professional Conduct and that I understand the responsibilities I have under it, and I agree to respect it as a condition of employment.
Initials: EJ

### Grading Scale

6 – Outstanding. Greatly exceeded expectations / 5 – Very Good. Met or exceeded expectations / 4 – Good. Met and in some cases exceeded expectations / 3 – Disappointing. Failed to meet expectations / 2 – Poor. Significantly below expectations / 1 – Unacceptable

CONFIDENTIAL

DEFENDANTS028504


**NATIONAL BANK FINANCIAL MARKETS**

# Performance Appraisal 2011

**Name:** Erin Jennings

**Overall assessment:** _(handwritten)_

### Financial Targets and KPIs — 5
- Revenues: -3.0% (+10.5%)
- Overall market share: 8.8% (9 -11%)
- Provincial bond market share: 10.7% (13 -14%)
- Corporate bonds penetration: 66.2% (65%)
- Provincial new issue participation: 14.9% (12-14%)
- Revenue/FTE: 1,522K ($1,818k)
- External voluntary turnover: 2.5% (<3%)

### Action Plan 2012
- DEEPER CREDIT FUNDAMENTALS
- IDEA GENERATION
- BUILD CUSTOMER BASE
- AGGRESSIVE MARKETING/ENTERTAINMENT.

### Action Plan 2011 — XXX
*For each objectives determine if: Not met, in progress, achieved, exceeded*

### Objectives for 2012
- Achieving Financial Targets: GENERATE TRADES & INQUIRY
- Managing the Business: LEARN CREDITS / DEVELOPE CUSTOMER BASE
- Leadership: GREATER INDEPENDANT DEVELOPMENT
- Cooperation: CONTINUE TO BE TEAM PLAYER

### Objectives 2011 — XXX
- Achieving Financial Targets: Generate revenue producing trades — IN PROGRESS
- Managing the Business: Develop customer base / get current with NBCF strategy / Learn credits — IN PROGRESS
- Leadership: Demonstrate independence in developing business / take initiative for generating ideas — IN PROGRESS
- Cooperation: Contribute to team effort and morale — ACHIEVED

### Approvals and Signatures

Employee _____   Date _____

Manager _____   Date _____

**Code of professional Conduct:** I acknowledge that I have read the Bank's Code of Professional Conduct and that I understand the responsibilities I have under it, and I agree to respect it as a condition of employment.
Initials _____

### Grading Scale
**6 – Outstanding.** Greatly exceeded expectations / **5 – Very Good.** Met or exceeded expectations / **4 – Good.** Met and in some cases exceeded expectations / **3 – Disappointing.** Failed to meet expectations / **2 – Poor.** Significantly below expectations / **1 – Unacceptable**

CONFIDENTIAL                                                                                                    DEFENDANTS028505



# Performance Appraisal 2012

**Name:** Erin Jennings

**Overall assessment: 4.5**

## Financial Targets and KPIs — 5

- Revenues: 184 ml (148 ml)
- Overall market share: 10.5% (8.8%)
- Provincial bond market share: 12.93% (10.7%)
- Corporate bonds penetration: 58.5% (66.2%)
- Provincial new issue participation: 13.5% (13.9%)
- Revenue/FTE: 1,628k (1,522k)
- External voluntary turnover: 0 (2.5%)

## Action Plan 2013

- Continue building credit knowledge and share insights with the team
- Expand customer base; focus on daily personal communication to build trust
- Generate trade ideas
- Continue strong back up role for Randy's key customers

## Action Plan 2012 — 4.5

*For each objectives determine if: Not met, In progress, achieved, exceeded*

- Deeper credit fundamentals – **In progress - 4**
- Idea generation – **In progress - 4**
- Build customer base – **Achieved - 4**
- Aggressive marketing/entertainment – **In progress - 5**

## Objectives for 2013

Achieving Financial Targets: Build volume with existing investors

Managing the Business: Build on credit knowledge / Expand customer base

Leadership: Continue independent development

Cooperation: Work with colleagues to maintain close cooperation on the desk

## Objectives 2012 — 4.5

Achieving Financial Targets: Generate trades and inquiries - **Achieved - 5**

Managing the Business: Learn credits / Develop customer base – **In progress - 5**

Leadership: Greater independent development – **In progress - 4**

Cooperation: Continue to be a team player – **Exceeded - 4**

## Approvals and Signatures

Employee: *[signed] Erin Jennings*   Date: 2/13/13

Manager: *[signed]*   Date: 2/13/13

Code of professional Conduct: I acknowledge that I have read the Bank's Code of Professional Conduct and that I understand the responsibilities I have under it, and I agree to respect it as a condition of employment.   Initials: *EJ*

### Grading Scale

6 – Outstanding. Greatly exceeded expectations / 5 – Very Good. Met or exceeded expectations / 4 – Good. Met and in some cases exceeded expectations / 3 – Disappointing. Failed to meet expectations / 2 – Poor. Significantly below expectations / 1 – Unacceptable



**NATIONAL BANK FINANCIAL MARKETS**

# Performance Appraisal 2013

**Name:** Erin Jennings

**Overall assessment: 5.0**

### Financial Targets and KPIs — 6
- Revenues: 206ml (197ml)
- Overall market share: 9.14% (9-10%)
- Provincial bond market share: 10.96% (12-14%)
- Corporate bonds penetration: 63.2%
- Provincial new issue participation: #1 / 22.4% (#1)
- Revenue/FTE: 1,776

### Action Plan 2014
- Generate trade ideas for both the Yankee and corporate books; consistently review investor portfolios for trade opportunities
- Concentrate on credit technical and fundamental understanding; engage investors on corporate fundamentals
- Expand customer list independently; identify and cold call potential new investors
- Identify 2a7 funds and facilitate expansion of STIR business

### Action Plan 2013 — 4.25
*For each objectives determine if: Not met, in progress, achieved, exceeded*

- Continue building credit knowledge and share insights with the team — **4, In progress**
- Expand customer base; focus on daily personal communication to build trust — **5 Achieved**
- Generate trade ideas — **3 Not met**
- Continue strong back up role for Randy's key customers — **5 Exceeded**

### Objectives for 2014
Achieving Financial Targets: grow corporate and high yield business

Managing the Business: proactively generate trade ideas

Leadership: increase customer familiarity with firm and team mates

Cooperation: work with US$ books to improve customer penetration across products

### Objectives 2013 — 4.75
Achieving Financial Targets: Build volume with existing investors - 5

Managing the Business: Build on credit knowledge / Expand customer base - 5

Leadership: Continue independent development - 4

Cooperation: Work with colleagues to maintain close cooperation on the desk - 5

### Approvals and Signatures

Employee: *[signature]*   Date: 12/20/13

Manager: *[signature]*   Date: 12/20/13

Code of professional Conduct: I acknowledge that I have read the Bank's Code of Professional Conduct and that I understand the responsibilities I have under it, and I agree to respect it as a condition of employment.   Initials: *[initials]*

### Grading Scale
6 – Outstanding. Greatly exceeded expectations / 5 – Very Good. Met or exceeded expectations / 4 – Good. Met and in some cases exceeded expectations / 3 – Disappointing. Failed to meet expectations / 2 – Poor. Significantly below expectations / 1 – Unacceptable

CONFIDENTIAL
DEFENDANTS028507


**NATIONAL BANK FINANCIAL MARKETS**

# Performance Appraisal 2014

**Name:** Erin Jennings    4.0

**Overall assessment: 4.17**

### Financial Targets and KPIs 2014   INFO TO BE SUPPLIED
- Revenues:
- Overall market share:
- Provincial bond market share:
- Corporate bonds penetration:
- Provincial new issue participation:
- Revenue/FTE:

### Objectives for 2015
Achieving Financial Targets: Help meet the budget with a particular focus on USD corporates

Managing the Business: Develop our USD investment grade further with a deep knowledge of companies in our universe and frequent contacts with clients

Leadership: Lead by example by developing your knowledge of companies and your own trade ideas

Cooperation: Work closely with the CAD credit team, the US rate team and our research analysts

### Objectives 2014                                                    4.25
Achieving Financial Targets: Grow corporate and high yield business: **5**

Managing the Business: Proactively generate trade ideas: **3**

Leadership: Increase customer familiarity with firm and team mates: **4**

Cooperation: Work with US$ books to improve customer penetration across products: **5**

### Action Plan 2015
- Go through a complete review of accounts coverage in the US with the trader and the other salesperson and make sure we have an efficient coverage with well defined responsibilities
- Deepen understanding of corporate credits and curves (fundamentals, technicals and RV)
- Develop trade ideas and share with desk
- Increase the number of contacts with clients (mainly calls, but also visits)
- Use the different resources (credit analyst, research analysts, geopolitical analyst, economist) to show that we invest in our clients
- Share your list of top three picks and pans monthly
- Participate actively in a weekly credit call
- Have a special focus on companies with a market cap below $3b

### Action Plan 2014                                                    4.25
*For each objectives determine if: Not met, in progress, achieved, exceeded*

- Generate trade ideas for both the Yankee and corporate books; consistently review investor portfolios for trade opportunities: **In progress**
- Concentrate on credit technical and fundamental understanding; engage investors on corporate fundamentals: **Achieved**
- Expand customer list independently; identify and cold call potential new investors: **Achieved**
- Identify 2a7 funds and facilitate expansion of STIR business: **In progress**

### Approvals and Signatures

Employee: [signature]    Date: 12/15/2014

Manager: [signature]    Date: 12/15/2014

Code of professional Conduct: I acknowledge that I have read the Bank's Code of Professional Conduct and that I understand the responsibilities I have under it, and I agree to respect it as a condition of employment.    Initials: [initials]

### Grading Scale
**6 – Outstanding.** Greatly exceeded expectations / **5 – Very Good.** Met or exceeded expectations / **4 – Good.** Met and in some cases exceeded expectations /
**3 – Disappointing.** Failed to meet expectations / **2 – Poor.** Significantly below expectations / **1 – Unacceptable**

CONFIDENTIAL    DEFENDANTS028508



# Performance Appraisal 2015

**Name:** Erin Jennings

**Overall assessment: 3.5**

## Financial Targets and KPIs 2015: 4

- Revenues: 197mm
- Overall market share: 10.15 → 6th overall
- Provincial bond market share: 10.46% → 4th
- Provincial new issue: 23.58% → 1st

## Objectives for 2016

Achieving Financial Targets: Help meet the budget with a particular focus on USD corporates (3mm IG, 2.5mm HY)

Managing the Business: Focus on writing USD IG transactions / Use technologies to extend our reach / Keep a high level of contact with clients / Continue to develop knowledge of our focus companies and sector as well as opinion on relative value

Leadership: Lead by example with constant discussions with clients and a focus on trades

Cooperation: Continue to be very involved in marketing our research team. Work toward getting significant reverse orders for the DCM team

## Objectives 2015: 3.5

Achieving Financial Targets: Help meet the budget with a particular focus on USD corporates: 3

Managing the Business: Develop our USD investment grade further with a deep knowledge of companies in our universe and frequent contacts with clients: 4

Leadership: Lead by example by developing your knowledge of companies and your own trade ideas: 3.5

Cooperation: Work closely with the CAD credit team, the US rate team and our research analysts: 4

## Action Plan 2016

- Target a minimum of 5 USD IG transactions per week with a focus on banks and energy/mining
- Continue to open new accounts. Work with Mark and Randy to use Market Axess to identify focus accounts
- Help Mark to develop the utilisation of e-trading with our clients
- Continue to market frequently but not more than 20% of the time. Focus on follow-up calls to turn ideas in transactions
- Prepare a very short recap of marketing trips for those who could benefit from what you learned (about companies or about clients' axes or intentions)
- Read at least a rating report per week
- Spend at least an hour a week on relative value tools prepared by colleagues

## Action Plan 2015: 3.5

For each objectives determine if: Not met, In progress, achieved, exceeded
- Go through a complete review of accounts coverage in the US with the trader and the other salesperson and make sure we have an efficient coverage with well defined responsibilities: **Achieved**
- Deepen understanding of corporate credits and curves (fundamentals, technicals and RV): **Achieved**
- Develop trade ideas and share with desk: **In progress**
- Increase the number of contacts with clients (mainly calls, but also visits): **Exceeded**
- Use the different resources (credit analyst, research analysts, geopolitical analyst, economist) to show that we invest in our clients: **Exceeded**
- Share your list of top three picks and pans monthly: **In progress**
- Participate actively in a weekly credit call: **Achieved**
- Have a special focus on companies with a market cap below $3b: **Achieved**

## Approvals and Signatures

Employee: [signature]    Date: 11/19/2015

Manager: [signature]    Date: 11/19/2015

Code of professional Conduct: I acknowledge that I have read the Bank's Code of Professional Conduct and that I understand the responsibilities I have under it, and I agree to respect it as a condition of employment.    Initials

## Grading Scale

5 – Exceptional: The results are exceptional and greatly exceed set objectives / 4 – Distinctive: The results are superior and exceed the objectives set for specific dimensions / 3 – Performing: The results are driven by sustained performance and meet set objectives / 2 – Required progress: The results require improvement to meet set objectives / 1 – Unsatisfactory: The results do not meet set objectives. Immediate corrective action is required. 0 – Not rated: The employee has worked a limited period of time and the manager is unable to rate performance

CONFIDENTIAL                    DEFENDANTS028509



# Performance Appraisal 2016

**Name: Erin McKenna Jennings**                **Overall assessment: 3.6**

## Financial Targets and KPIs 2016

- Revenues: 199mm vs 200
- Overall market share: 11.82 → 5th overall
- Provincial bond market share: 14.87% → 1st
- Provincial new issue: 26.67% → 1st
- Corporate new issue: 8.5%

## Objectives 2016

**Achieving Financial Targets:** Help meet the budget with a particular focus on USD corporates (3mm IG, 2.5mm HY) - **4**

**Managing the Business:** Focus on writing USD IG transactions / Use technologies to extend our reach / Keep a high level of contact with clients / Continue to develop knowledge of our focus companies and sector as well as opinion on relative value - **3**

**Leadership:** Lead by example with constant discussions with clients and a focus on trades – **3.5**

**Cooperation:** Continue to be very involved in marketing our research team. Work toward getting significant reverse orders for the DCM team – **3.5**

## Action Plan 2016

*For each objectives determine if: Not met, in progress, achieved, exceeded*

- Target a minimum of 5 USD IG transactions per week with a focus on banks and energy/mining - **3**
- Continue to open new accounts   Work with Mark and Randy to use Market Axess to identify focus accounts – **3.5**
- Help Mark to develop the utilisation of e-trading with our clients – **3.5**
- Continue to market frequently but not more than 20% of the time. Focus on follow-up calls to turn ideas in transactions – **3.5**
- Prepare a very short recap of marketing trips for those who could benefit from what you learned (about companies or about clients' axes or intentions) – **3.5**
- Read at least a rating report per week - **3**
- Spend at least an hour a week on relative value tools prepared by colleagues – **3**

## Mandate / Objectives for 2016/2017

**Behavior (360):** Continue to improve your profile outside the NY office. Surprise your peers and be the one pushing for more business… you are there.

**Client relationships :** Be recognized as a top tier coverage by 6 clients.

**Managing Risk :** Increase our visibility with Focus issuers in front of clients. Systemize how we confirm and work orders with clients.

**Ethics:** Respect clients and information from them at all times. Follow closely procedures during new issues.

**KPI (Market share, P & L):** P&L : $4 MM US IG ; $ 3.5 MM US HY ; $ 24 MM Corp   Increase volume by 20% with clients.

## Strength & Areas of improvement / Professional Development 2016/2017

*For each objectives determine if: Not met, in progress, achieved, exceeded*

- Keep good interactions with clients, this is a strength.
- Increase the importance of short-term goals; we need to be more transactional in US IG (5 trades/week)
- Give priority to traders axes and focus issuers in your daily discussions
- Work your efficiency on chats.
- Support Mark in developing a strategic plan and adhere to it.
- Never stop working on product knowledge.

## Approvals and Signatures

Employee: *[signature]*       Date: 12/9/2016

Manager: *[signature]*        Date: 12/21/2016

**Code of professional Conduct:** I acknowledge that I have read the Bank's Code of Professional Conduct and that I understand the responsibilities I have under it, and I agree to respect it as a condition of employment.      Initials: *P.J*

## Grading Scale

**5 – Exceptional:** The results are exceptional and greatly exceed set objectives / **4 – Distinctive:** The results are superior and exceed the objectives set for specific dimensions / **3 – Performing:** The results are driven by sustained performance and meet set objectives / **2 – Required progress:** The results require improvement to meet set objectives / **1 – Unsatisfactory:** The results do not meet set objectives   Immediate corrective action is required.   **0 – Not rated:** The employee has worked a limited period of time and the manager is unable to rate performance

CONFIDENTIAL                                                                                                                   DEFENDANTS028510