UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ERIN MCKENNA,

               Plaintiff,

             -against-

SANTANDER INVESTMENT SECURITIES, INC., et al.,

             Defendants.
-------------------------------------------------------------x

21-CV-941 (DLC)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The in-person Settlement Conference scheduled for May 10, 2022 at 2:30 p.m. is adjourned *sine die*. Instead, the Court will hold a **Pre-Settlement Conference Scheduling Call on Tuesday, May 10, 2022 at 2:30 p.m.** The dial in information is (866) 390-1828, access code 1582687. No settlement submissions are due in advance of the Pre-Settlement Conference Call.

The Clerk of Court is respectfully directed to close ECF 83.

SO ORDERED.

Dated: April 29, 2022
       New York, New York

           _s/ Ona T. Wang_
           **Ona T. Wang**
           United States Magistrate Judge