

Mitch Boyarsky
T: (646) 428-2619
mitch.boyarsky@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

280 Park Avenue, 15th Floor West
New York, NY 10017
T: 646.428.2600  F: 646.428.2610
nelsonmullins.com

May 27, 2022

<u>Via ECF</u>

Honorable Ona T. Wang, U.S. Magistrate Judge
United States District Court Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, NY 10007

RE:   <u>McKenna v. Santander Investment Securities, Inc., et al.</u>; Case No.: 21-cv-0941-DLC

Dear Judge Wang:

Nelson Mullins represents Defendants Santander Investment Securities, Inc., Santander Holdings, USA, Inc. and Omar Kariuki ("Defendants") in the above-captioned matter. Pursuant to the Court's May 10, 2022 Order (ECF No. 85), Defendants and Plaintiff write jointly to inform the Court that they would like to have another Pre-Settlement Conference Scheduling call.

While the parties have entertained settlement discussions, the matter remains unsettled. The parties are prepared to continue their settlement discussions, and request the Magistrate Judge's assistance in resolving their differences.

The parties have conferred and propose the following dates for the Pre-Settlement Conference Scheduling call: June 8, 13, or 14.

We thank the Court for its consideration.

Respectfully yours,

**NELSON MULLINS RILEY & SCARBOROUGH**

Mitchell Boyarsky
Counsel for Defendants Santander Investment
Securities, Inc., Santander Holdings, USA, Inc. and
Omar Kariuki

Honorable Ona T. Wang, U.S. Magistrate Judge
May 27, 2022
Page 2

cc: Nicole Phe, Esq. (co-counsel for Defendants)
      Valdi Licul, Esq. (counsel for Plaintiff)
      John S. Crain, Esq. (counsel for Plaintiff)