# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

280 Park Avenue, 15th Floor West
New York, NY 10017
T: 646.428.2600  F: 646.428.2610
nelsonmullins.com

Mitch Boyarsky
T: (646) 428-2619
mitch.boyarsky@nelsonmullins.com

August 10, 2022

Granted.
/s/ Denise Cote
8/11/22

**Via ECF**

Honorable Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

    RE:    *McKenna v. Santander Investment Securities, Inc., et al.*
             Case No.: 21-cv-0941-DLC

Dear Judge Cote:

      Nelson Mullins represents Defendants Santander Investment Securities, Inc., Santander Holdings, USA, Inc. and Omar Kariuki ("Defendants") in the above-captioned matter. Pursuant to Fed. R. Civ. P. 6(b) and Your Honor's Individual Practices, Section 1.E., Defendants write to request a brief extension of the deadline to submit the Joint Pretrial Order and the necessary pretrial filings identified in Section 6 of Your Honor's Individual Practices. According to the Pretrial Scheduling Order entered on July 28, 2022, the current deadline for the parties to file their Joint Pretrial Order is September 6, 2022. Defendants request an additional 7 days, or through and including September 13, 2022 to file the Joint Pretrial Order and required pretrial filings. Defendants require additional time to evaluate and adequately prepare for trial due to counsel's prior professional and personal commitments, and the intervening holiday. Defendants have not made any previous requests for an extension of time. The requested extension will not affect other scheduled dates. Plaintiff does not oppose Defendants' request for an extension of time.

*Remainder of page left intentionally blank*

Honorable Denise L. Cote, U.S.D.J.
August 10, 2022
Page 2

       We thank the Court for its consideration.

                              Respectfully yours,

                              **NELSON MULLINS RILEY & SCARBOROUGH**

                              Mitchell Boyarsky
                              Counsel for Defendants Santander
                              Investment Securities, Inc., Santander
                              Holdings, USA, Inc. and Omar Kariuki

cc:    Nicole Phe, Esq. (co-counsel for Defendants)
       Anita Wallace Thomas, Esq. (co-counsel for Defendants)
       Valdi Licul, Esq. (counsel for Plaintiff)
       John S. Crain, Esq. (counsel for Plaintiff)