```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ERIN MCKENNA,                              :
                                           :           21cv941
                    Plaintiff,             :
            -v-                            :           ORDER
                                           :
SANTANDER INVESTMENT SECURITIES, INC.,     :
et al.,                                    :
                    Defendants.            :
------------------------------------------X
```

DENISE COTE, District Judge:

On September 13, 2022, the plaintiff filed a motion in limine, and the defendants filed motions in limine. Accordingly, it is hereby

ORDERED that any oppositions to motions in limine are due **September 20, 2022.**

Dated:   New York, New York
         September 15, 2022

                                         _____
                                                DENISE COTE
                                     United States District Judge