UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
ERIN MCKENNA,                              :
                                           :          21cv941(DLC)
                            Plaintiff,     :
                                           :             ORDER
            -v-                            :
                                           :
SANTANDER INVESTMENT SECURITIES, INC.,     :
et al.,                                    :
                                           :
                            Defendants.    :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    A jury trial in the above-captioned action has been placed

on the trial ready calendar for the week of October 24, 2022.

It is hereby

    ORDERED that a final pretrial conference will occur on

**September 29, 2022 at 2:00 P.M.** in Courtroom 18B, 500 Pearl

Street, New York, NY 10007.


Dated:    New York, New York
          September 22, 2022


                            _____
                                    DENISE COTE
                            United States District Judge