```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
ERIN MCKENNA,                          :
                                       :         21cv941(DLC)
                         Plaintiff,    :
                                       :            ORDER
             -v-                       :
                                       :
SANTANDER INVESTMENT SECURITIES, INC., :
et al.,                                :
                                       :
                         Defendants.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

    On September 23, 2022, the parties filed a joint request to adjourn the September 29, 2022 final pretrial conference. Accordingly, it is hereby

    ORDERED that a final pretrial conference is adjourned to **October 21, 2022 at 3:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

    IT IS FURTHER ORDERED that the trial in this action will commence on **November 7, 2022.**

Dated:    New York, New York
            September 23, 2022

                                          _____
                                                DENISE COTE
                                  United States District Judge