UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ERIN MCKENNA,

                              Plaintiff,

            v.

SANTANDER INVESTMENT SECURITIES,
INC., SANTANDER HOLDINGS, USA, INC.
and OMAR KARIUKI, in his individual and
professional capacities,

                            Defendants.
------------------------------------------------------------X

Civil Action No.: 21-cv-00941 (DLC)

**NOTICE OF ACCEPTANCE OF**
**OFFER OF JUDGMENT**

      Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Erin McKenna hereby accepts and provides notice that she has accepted the Defendants' Offer of Judgment to Plaintiff annexed hereto as Exhibit "A."

Dated: October 24, 2022
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Valdi Licul
     John S. Crain

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
vlicul@wigdorlaw.com
jcrain@wigdorlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ERIN MCKENNA,     :
                                                           :    Civil Action No.: 21-cv-00941 (DLC)
                        Plaintiff,    :
                                                            :    **AFFIDAVIT OF SERVICE OF**
            v.                                              :    **VALDI LICUL, ESQ.**
                                                            :
SANTANDER INVESTMENT SECURITIES,    :
INC., SANTANDER HOLDINGS, USA, INC.    :
and OMAR KARIUKI, in his individual and    :
professional capacities,    :
                                                             :
                                 Defendants.    :
------------------------------------------------------------X

I, Valdi Licul, Esq., hereby certify as follows:

       1.       I am an attorney at Wigdor LLP and am counsel of record for the Plaintiff Erin McKenna ("Plaintiff") in this matter.

       2.       I hereby certify that on October 24, 2022, Defendants Santander Investment Securities, Inc., Santander Holdings, USA, Inc. and Omar Kariuki were served through counsel Mitchell Boyarsky, Anita Wallace Thomas and Nicole Phe of Nelson Mullins Riley & Scarborough LLP, *via* email and Certified Mail, with Plaintiff's acceptance of offer of judgment.

Dated: October 26, 2022
        New York, New York

                                                                               _____
                                                                                 Valdi Licul