**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

|  |  |  |
|---|---|---|
| ERIN MCKENNA, | : |  |
|  | : | Civil Action No.: 21-cv-00941 (DLC) |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | **[PROPOSED] ORDER OF** |
|  | : | **JUDGMENT PURSUANT TO** |
| SANTANDER INVESTMENT SECURITIES, | : | **FED. R. CIV. P. 68(a)** |
| INC., SANTANDER HOLDINGS, USA, INC. |  |  |
| and OMAR KARIUKI, in his individual and | : |  |
| professional capacities, | : |  |
|  | : |  |
| Defendants. | : |  |

--------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 68(a), according to the terms of the Offer of Judgment, filed at Dkt. No. 171-1, incorporated by reference in this Order, Plaintiff Erin McKenna has Judgment against Defendants Santander Investment Securities, Inc., Santander Holdings, USA, Inc. and Omar Kariuki ("Defendants") in the sum of $900,000.

IT IS ORDERED, ADJUDGED, AND DECREED that Final Judgment is hereby entered against Defendants and in favor of Plaintiff Erin McKenna according to the terms of the Offer of Judgment.

Dated: October __, 2022
       New York, New York

_____
Hon. Denise L. Cote
United States District Judge