UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ERIN MCKENNA,  :
 : Civil Action No.: 21-cv-00941 (DLC)
           Plaintiff, :
 :
  v. : [PROPOSED] **ORDER OF**
 : **JUDGMENT PURSUANT TO**
SANTANDER INVESTMENT SECURITIES, : **FED. R. CIV. 68(a)**
INC., SANTANDER HOLDINGS, USA, INC. :
and OMAR KARIUKI, in his individual and :
professional capacities, :
 :
           Defendants. :
------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 68(a), according to the terms of the Offer of Judgment filed at Dkt. No. 171-1, incorporated by reference in this Order, Plaintiff, Erin McKenna, has Judgment against Defendants Santander Investment Securities, Inc., and Santander Holdings, USA, Inc., (collectively, "Santander") in the sum of $900,000. Judgment is not granted against Defendant, Omar Kariuki.

IT IS **ORDERED, ADJUDGED, AND DECREED** that Final Judgment is hereby entered against Santander and in favor of Plaintiff, Erin McKenna, according to the terms of the Offer of Judgment.

Dated: October 27, 2022
       New York, New York

_____
Hon. Denise L. Cote
United States District Judge